IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, <br><br> MARY IRENE MASLAYAK, <br>    Debtor, <br><br><br> NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, SERVICING AGENT FOR MEB LOAN TRUST VIII <br>    Movant, <br><br> v <br><br> MARY IRENE MASLAYAK, and <br> KENNETH E. WEST, Trustee, <br>    Respondents. | Bankruptcy No. 24-13887-pmm <br><br> Chapter 13 |

CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on November 20, 2024, I served copies of Movant NewRez LLC d/b/a Shellpoint Mortgage Servicing, Servicing Agent for MEB Loan Trust VIII's Objection to Confirmation of Chapter 13 Plan filed October 30, 2024 upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| **Mary Irene Maslayak** <br> 356 Grove Street <br> Bridgeport, PA 19405 | JOSEPH L QUINN <br> Ross, Quinn & Ploppert, P.C. <br> 192 S. Hanover Street <br> Suite 101 <br> Pottstown, PA 19464 |

Service via Electronic Notification:

| | |
|---|---|
| KENNETH E. WEST <br> Office of the Chapter 13 Standing Trustee <br> 1234 Market Street - Suite 1813 <br> Philadelphia, PA 19107 | United States Trustee <br> Office of United States Trustee <br> Robert N.C. Nix Federal Building <br> 900 Market Street <br> Suite 320 <br> Philadelphia, PA 19107 |

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone - (412) 456-8112
Fax - (412) 456-8135

*Counsel for NewRez LLC d/b/a Shellpoint Mortgage Servicing, Servicing Agent for MEB Loan Trust VIII*