**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Mary Irene Maslayak, | : | Chapter 13 |
| Debtor | : | Case No.: 24-13887-PMM |

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor, hereby certify that a true and correct copy of Debtor's Response to Movant's Motion for Relief from the Automatic Stay was forwarded to the following parties on February 20, 2025:

*via Electronic Filing (ECF):*

Denise Elizabeth Carlon, Esquire on behalf of MidFirst Bank
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Kenneth E. West, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com


ROSS, QUINN & PLOPPERT, P.C.

By:   */s/ Joseph Quinn*
      Joseph Quinn, Esquire
      Attorney I.D. No. 307467
      192 S. Hanover Street, Suite 101
      Pottstown, PA 19464
      JQuinn@rqplaw.com
      Counsel for Debtor

Date: February 20, 2025