## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mary Irene Maslayak<br>_Debtor(s)_ | CHAPTER 13 |
| MIDFIRST BANK<br>_Moving Party_<br>vs. | NO. 24-13887 PMM |
| Mary Irene Maslayak<br>_Debtor(s)_ | |
| Kenneth E. West<br>_Trustee_ | 11 U.S.C. Section 362 |

### ORDER

AND NOW, this __13th__ day of __March__, 2025 at Philadelphia, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

_Patricia M. Mayer_
United States Bankruptcy Judge