United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Mary Irene Maslayak  
    Debtor

Case No. 24-13887-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: May 21, 2025      Form ID: pdf900      Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Irene Maslayak, 356 Grove Street, Bridgeport, PA 19405-1616 |
| 14941222 | + | Attorney Bryant Russell, 1145 W Lincoln Highway, Coatesville, PA 19320-1836 |
| 14972978 | + | Borough of Bridgeport, c/o James R. Wood, Esq., Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia PA 19406-2726 |
| 14972625 | + | Borough of Bridgeport, c/o James R. Wood, Esquire, 2700 Horizon Drive Suite 100, King of Prussia, PA 19406-2726 |
| 14972626 | + | Borough of Bridgeport, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14941225 | + | Borough of Bridgeport, 63 W. FOURTH STREET, Bridgeport , p 19405-1050 |
| 14941229 | + | Dr. Joseph N. Tropea, 925 Chestnut St, Philadelphia, PA 19107-4216 |
| 14941230 | + | Geraldine Linn, KML LAW GROUP PC 701 MARKET ST STE 5000, Philadelphia, PA 19106-1541 |
| 14941233 | + | Jefferson Einstein Montgomery Hospital, 559 W Germantown Pike, Norristown, PA 19403-4250 |
| 14941235 | | Main Line Health, 240 N Radnor Chester Rd250 W Lancaster A, Paoli, PA 19301 |
| 14941236 | + | Mainline Health, 240 N Radnor Chester Rd, Wayne, PA 19087-5170 |
| 14947429 | + | Midfirst Bank, c/o Denise Carlon, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia PA 19106-1541 |
| 14941242 | | PECO - Payment Processing, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14941247 | | PSECU, PO Box 1006, Harrisburg, PA 17108-1006 |
| 14941243 | | Pennsylvania Department of Revenue, PO Box 281041, Harrisburg, PA 17128-1041 |
| 14941245 | + | Plymouth Community Ambulance, 902 Germantown Pike, Plymouth Meeting, PA 19462-7400 |
| 14941246 | + | Podiatrist Dr. Jeffrey Miller, DPM, DAB, 1340 DeKalb St #6b, Norristown, PA 19401-3434 |
| 14941251 | + | Stephen E. Sacks, DO, 531 West Germantown Pike, Suite 101, Plymouth Meeting, PA 19462-1325 |
| 14941257 | + | U.S. Department of Housing and Urban Dev, 2000 N Classen Blvd, Suite 3200, Oklahoma City, OK 73106-6034 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 22 2025 00:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 22 2025 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: mtgbk@shellpointmtg.com | May 22 2025 00:33:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| cr | + | Email/Text: kebeck@bernsteinlaw.com | May 22 2025 00:34:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Se, c/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219, UNITED STATES 15219-4430 |
| 14941224 | | Email/Text: BarclaysBankDelaware@tsico.com | May 22 2025 00:34:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 14941223 | | Email/Text: BarclaysBankDelaware@tsico.com | | |

Case 24-13887-pmm    Doc 34    Filed 05/23/25    Entered 05/24/25 00:38:42    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 21, 2025 | Form ID: pdf900 | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| | | | May 22 2025 00:34:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14941226 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | May 22 2025 00:43:52 | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 14941228 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | May 22 2025 00:33:31 | Cbna, Attn: Centralized Bankruptcy/Citicorp, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14941227 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | May 22 2025 00:56:37 | Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 14941231 | + | Email/Text: Harris@ebn.phinsolutions.com | | |
| | | | May 22 2025 00:34:00 | Harris & Harris, Ltd, 111 West Jackson Blvd, Suite 400, Chicago, IL 60604-4135 |
| 14941232 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | May 22 2025 00:34:00 | Internal Revenue Service, P.O Box 7346, Philadelphia, PA 19101-7346 |
| 14941234 | | Email/Text: bk@lendmarkfinancial.com | | |
| | | | May 22 2025 00:33:00 | Lendmark Financial Ser, 2118 Usher St NW, Covington, GA 30014-2434 |
| 14966802 | | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | May 22 2025 00:33:00 | MEB Loan Trust VIII, c/o NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 14963326 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | May 22 2025 00:43:46 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14947357 | ^ | MEBN | | |
| | | | May 22 2025 00:21:17 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14941237 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | May 22 2025 00:33:25 | MidFirst Bank, 999 N.W. Grand BLVD Suite 100, Oklahoma City, OK 73118-6051 |
| 14941238 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | May 22 2025 00:33:29 | Midland Mortgage Co, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 14941239 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | May 22 2025 00:33:23 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 14943360 | + | Email/Text: bkmailings@nbsdefaultservices.com | | |
| | | | May 22 2025 00:34:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Paul W. Cervenka, 14841 Dallas Parkway, Suite 350, Dallas, Texas 75254-7685 |
| 14941240 | | Email/PDF: cbp@omf.com | | |
| | | | May 22 2025 00:33:05 | One Main Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 14941241 | | Email/PDF: cbp@omf.com | | |
| | | | May 22 2025 00:33:23 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 14964294 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | May 22 2025 00:31:48 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14957484 | + | Email/Text: bankruptcynotices@psecu.com | | |
| | | | May 22 2025 00:34:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14941248 | | Email/Text: bankruptcynotices@psecu.com | | |
| | | | May 22 2025 00:34:00 | PSECU, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14965859 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | May 22 2025 00:33:25 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14941250 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | May 22 2025 00:34:00 | Specialized Loan Servicing LLC, Attn: Bankruptcy, PO Box 630147, Littleton, CO 80163-0147 |
| 14941249 | ^ | MEBN | | |
| | | | May 22 2025 00:21:35 | Specialized Loan Servicing LLC, 601 Office Center Dr, Fort Washington, PA 19034-3275 |
| 14941252 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 22 2025 00:33:24 | Synchrony Bank, PO BOX 71778, Philadelphia, PA 19176-1778 |
| 14941253 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 22 2025 00:45:03 | Synchrony Bank/ Pay Pal Credit, PO Box 960006, Orlando, FL 32896-0006 |

| Recip ID | Bypass | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| 14941255 | | Email/Text: synovusbankruptcy@synovus.com | May 22 2025 00:34:00 | Synovus Bank, Attn: Bankruptcy, 1111 Bay Ave, Columbus, GA 31901-5218 |
| 14941254 | ^ | MEBN | May 22 2025 00:21:25 | Synovus Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14941256 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 22 2025 00:33:25 | U.S. Department of Housing and Urban Dev, 801 Market Street, Philadelphia, PA 19107 |
| 14943609 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 22 2025 00:33:25 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 14941259 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 22 2025 00:33:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |
| 14941258 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 22 2025 00:33:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14963526 | + | Email/PDF: ebn_ais@aisinfo.com | May 22 2025 00:33:30 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14941260 | + | Email/Text: Ldittman@yongshinmd.net | May 22 2025 00:33:00 | Yong Shin MD and Associates, LLC, 1630 E High St, Pottstown, PA 19464-3244 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Borough of Bridgeport, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14941244 | ##+ | Pennsylvania Turnpike Commission, Violation Processing Center, 8000 C. Derry Street, Harrisburg, PA 17111-5287 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 23, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Borough of Bridgeport jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JOHN ERIC KISHBAUGH, I | on behalf of Creditor MIDFIRST BANK ekishbaugh@kmllawgroup.com |
| JOSEPH L QUINN | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: May 21, 2025 | Form ID: pdf900 | Total Noticed: 56 |

on behalf of Debtor Mary Irene Maslayak CourtNotices@rqplaw.com

KENNETH E. WEST

ecfemails@ph13trustee.com philaecf@gmail.com

KERI P EBECK

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing Servicing Agent for MEB Loan Trust VIII
kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Mary Irene Maslayak, | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 24-13887-pmm |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date:**

**May 21, 2025**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**