THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Mary Irene Maslayak,    :    Chapter 13
              Debtor    :    No. : 24-13887-pmm

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Mary Irene Maslayak, debtor in the above-captioned matter.

2. That a copy of the Application for Compensation filed with the Court on May 27, 2025 along with the Notice of Application and Certificate of Service were timely served on parties in interest on May 27, 2025.

3. A response deadline to the application was due on or before June 17, 2025.

4. As of July 9, 2025, no response to said Application has been received.

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph L. Quinn*
    Joseph L. Quinn, Esquire
    Attorney for Debtor
    Attorney I.D. No. 307467
    192 S. Hanover Street, Suite 101
    Pottstown, PA 19464
    Ph: (610) 323-5300

Dated: July 9, 2025