THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Mary Irene Maslayak,　　　　　　　:　　　Chapter 13
　　　　　　　Debtor　　　　　　　　　　:　　　No. : 24-13887-pmm

### CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Mary Irene Maslayak, Debtor in the above-captioned matter.

2. That an application for compensation was filed by Debtor's attorney on May 27, 2025.

3. A certificate of service was filed with this Court on May 27, 2025 declaring timely service to parties in interest.

4. A certificate of no response to Counsel's application for compensation was filed with this Court on July 9, 2025.

5. As per the dismissal order dated May 21, 2025, Counsel certifies:

   a. No objection has been filed to the proposed compensation payable to Counsel as an administrative expense; and

   b. No additional applications for payment of administrative expenses have been filed.

**ROSS, QUINN & PLOPPERT, P.C.**

BY:　　*/s/ Joseph Quinn*
　　　　Joseph Quinn, Esquire
　　　　Attorney I.D. No. 307467
　　　　192 S. Hanover Street, Suite 100
　　　　Pottstown, PA  19464
　　　　T: (610) 323 - 5300
　　　　F: (610) 323 - 6081
Date: July 9, 2025　　　JQuinn@rqplaw.com