THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Mary Irene Maslayak,           :        Chapter 13
                    Debtor             :        No. : 24-13887-pmm

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Mary Irene Maslayak, debtor in the above-captioned matter.

2. That a copy of the Application for Compensation filed with the Court on May 27, 2025 along with the Notice of Application and Certificate of Service were timely served on parties in interest on May 27, 2025.

3. An amended Application for Compensation was filed with this Court on July 21, 2025 along with the Notice of Application and Certificate of Service which were timely served on parties in interest on July 21, 2025.

4. A response deadline to the application was due on or before August 12, 2025.

5. As of August 15, 2025, no response to said Application has been received.

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph L. Quinn*
Joseph L. Quinn, Esquire
Attorney for Debtor
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
Ph: (610) 323-5300

Dated: August 15, 2025